IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ORBITAL PUBLISHING GROUP, INC. a New York corporation, and LIBERTY PUBLISHERS SERVICES, INC., a New York corporation,

            Plaintiffs,

v.

BRIDGET WELLS, individually, and PERIODICAL WATCHGUARD, LLC., a North Carolina limited liability company,

            Defendants.

Case No. 1:15 CV 00480-CL

O R D E R

    Magistrate Judge Clarke filed his Findings and Recommendation on December 21, 2015. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

    THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Clarke Findings and Recommendation.

    Dated this 8 day of January, 2016.

                                      */s/ Ann Aiken*
                                      Ann Aiken, United States District Judge

Order -- Page 1