IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ORBITAL PUBLISHING GROUP, INC., a New York corporation, and LIBERTY PUBLISHERS SERVICE, INC., a New York corporation,<br><br>                          Plaintiffs,<br><br>   v.<br><br>BRIDGET WELLS, individually, and PERIODICAL WATCHGAURD, LLC., a North Carolina limited liability company,<br><br>                         Defendants. | Case No. 1:15-cv-00480-CL<br><br>O R D E R |

Magistrate Judge Clarke filed his Findings and Recommendation on March 24, 2016. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Clarke's Findings and Recommendation.

Dated this 17th day of April, 2016.

                                                   /s/ Ann Aiken<br>
                                           Ann Aiken, United States District Judge